[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————————

No. 24-13116

Non-Argument Calendar

————————————————

MOUSSA U'NRA DIARRA,

Plaintiff-Appellant,

*versus*

DEKALB COUNTY POLICE DEPARTMENT,
STATE OF GEORGIA,

Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-02388-WMR-LTW

_____

Before WILSON, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Moussa Diarra was required to file a notice of appeal from the district court's August 10, 2021, order and judgment dismissing his complaint on or before September 9, 2021. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, his notice of appeal was filed more than three years after that deadline, in September 2024, even if the prison mailbox rule applies. *See* Fed. R. App. P. 4(c). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.